# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------X

LESLIE RIEDER, MIRIAM RIEDER and 1673 51ST
STREET LLC,

                                    Plaintiffs,

                    -against-

BANKERS STANDARD INSURANCE COMPANY.

                                    Defendant.

-----------------------------------------------------------------X

Index No.    536904/2022

**SUMMONS**

Plaintiff's Address:
1673 51ST Street
Brooklyn, NY 11204

*The basis of the venue
designated is:*
Plaintiff's Address

 

 

      **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve
a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after the service of
this summons, exclusive of the day of service or within thirty (30) days after the service is
complete if this summons is not personally delivered to you within the State of New York and in
case of your failure to Answer, judgment will be taken against you by default for the relief
demanded in the annexed Complaint with interest from the date the cause of action arose, costs,
disbursements and attorneys fees.

Dated: New York, New York
      December 19, 2022

                              **MOLOD SPITZ & DeSANTIS, P.C.**
                              Attorneys for Plaintiff

By: _____
                      JACK GLANZBERG, ESQ.
                      1430 Broadway, 21st Floor
                      NEW YORK, NY 10018
                      Tel: (212) 869-3200
                      Fax: (212) 869-4242
                      Our File No.: JGNY-2009
                      **jglanzberg@molodspitz.com**

TO:

BANKERS STANDARD INSURANCE COMPANY
P.O. Box 1000
436 Walnut Street
Philadelphia, PA 19106

1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------X

LESLIE RIEDER, MIRIAM RIEDER and 1673 51ST
STREET LLC,

                            Plaintiffs,

       -against-

BANKERS STANDARD INSURANCE COMPANY.

                            Defendant.

-------------------------------------------------------------------X

Index No. **536904/2022**

**COMPLAINT**

Plaintiffs, by their attorneys, MOLOD SPITZ & DeSANTIS, P.C., as and for their Complaint, herein allege upon information and belief as follows:

1. At all times hereinafter mentioned, Plaintiffs LESLIE RIEDER and MIRIAM RIEDER are individuals residing at 1673 51ST Street, Brooklyn, NY 11204 ("subject premises").

2. At all times hereinafter mentioned, Plaintiff 1673 51ST STREET LLC, is a limited liability company duly existing under the laws of the State of Delaware, and maintains a principal place of business at 1673 51ST Street, Brooklyn, NY 11204.

3. At all times hereinafter mentioned, the Plaintiffs maintained an ownership interest and/or insurable interest in the subject premises.

4. At all times hereinafter mentioned, Defendant BANKERS STANDARD INSURANCE COMPANY ("Bankers") was and still is a corporation authorized, licensed, admitted and/or engaged in the business of providing insurance and being an insurer in the State of New York, and is located at P.O. Box 1000, 436 Walnut Street, Philadelphia, PA 19106.

5. At all times hereinafter mentioned, Defendant was and is authorized by the Department of Financial Services of the State of New York to engage in the business of insurance in the State of New York and to issue policies of insurance including the policy herein sued upon.

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST
## DEFENDANT

6. On or before March 30, 2021, Defendant made, renewed and/or issued to Plaintiffs for good and valuable consideration a certain policy of insurance bearing policy number 268-06-82-99 wherein and whereby Defendant did insure the subject premises.

7. That on or about September 2, 2021, while said policy was in full force and effect, Plaintiffs suffered a loss by a covered peril of the property insured by Defendant.

8. Defendant has declined to indemnify Plaintiffs for the loss sustained although claim was duly made and all conditions of the policy have been met.

9.  As a result of Defendant's breach of contract, Plaintiffs have been damaged in the sum of at least $224,364.43 in dwelling damage and $52,102.02 in damage to personal property.

**WHEREFORE,** it is respectfully requested that Plaintiffs have judgment against Defendant on the First cause of action in the sum of at least $276,466.45, with interest from September 2, 2021, and for costs and disbursements of this action.

Dated: New York, New York
       December 19, 2022

**MOLOD SPITZ & DeSANTIS, P.C.**
Attorneys for Plaintiff

By: _____
    JACK GLANZBERG, ESQ.
    1430 Broadway, 21st Floor
    NEW YORK, NY 10018
    Tel: (212) 869-3200
    Fax: (212) 869-4242
    Our File No.: JGNY-2009
    **jglanzberg@molodspitz.com**

3

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** KINGS

------------------------------------------------------------------X

LESLIE RIEDER, MIRIAM RIEDER and 1673 51ST
STREET LLC

                      Plaintiff/Petitioner,

      - against -                    Index No.536904/2022

BANKERS STANDARD INSURANCE COMPANY.

                      Defendant/Respondent.

------------------------------------------------------------------X

### NOTICE OF ELECTRONIC FILING
### (Consensual Case)
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

      1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

      2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **<u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically

  - free access to view and print your e-filed documents

  - limiting your number of trips to the courthouse

  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit:  http://www.nycourts.gov/efile-unrepresented  or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

EF-3

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated:    December 19, 2022

Jack Glanzberg, Esq.                          1430 Broadway, 21st Fl
          Name                                        Address
Molod, Spitz & DeSantis, P.C.
                                              New York, NY 10018
       Firm Name

                                              646-627-7181
                                                   Phone

                                              jglanzberg@molodspitz.com
                                                   E-Mail

To:    Bankers Standard Ins. Co.

       P.O. Box 1000, 436 Walnut Street

       Philadelphia, PA 19106

6/6/18



# NYSCEF Confirmation Notice
# Kings County Supreme Court

The NYSCEF website has received an electronic filing on 12/19/2022 02:37 PM. Please keep this notice as a confirmation of this filing.

### Index Number NOT assigned
### LESLIE RIEDER et al v. BANKERS STANDARD INSURANCE COMPANY
### Assigned Judge: None Recorded

## Documents Received on   12/19/2022 02:37 PM

| Doc. # | Document Type |
| --- | --- |
| 1 | SUMMONS + COMPLAINT |

## Filing User

Jack Glanzberg | jglanzberg@molodspitz.com | 212-869-3200
1430 Broadway, 21st Fl New York, Ny 10019, New York, NY 10018

## E-mail Notifications

An email regarding this filing has been sent to the following on 12/19/2022 02:37 PM:

**JACK GLANZBERG - jglanzberg@molodspitz.com**

## Email Notifications NOT Sent

| Role | Party | Attorney |
| --- | --- | --- |
| Respondent | BANKERS STANDARD INSURANCE COMPANY | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov**
Phone: Phone: 347-404-9766 or 347-404-9762    Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of 1