UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
LESLIE RIEDER, MIRIAM RIEDER, and 1673
51ST STREET LLC,

                Plaintiffs,

- against-

BANKERS STANDARD INSURANCE
COMPANY,

                Defendant.
---------------------------------X

Case No.: 1:23-cv-00621

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Leslie Rieder, Miriam Rieder, 1673 51st Street LLC and Defendant Bankers Standard Insurance Company, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
       June 7, 2023

MOLOD SPITZ & DESANTIS, P.C.

By: _____
Jack Glanzberg, Esq.
1430 Broadway, 21st Floor
New York, NY 10018
T: 212-869-3200
jglanzberg@molodspitz.com
*Attorneys for Plaintiff*

COZEN O'CONNOR

By: _____
Paul C. Ferland, Esq.
Vincent Passarelli, Esq.
3 WTC
175 Greenwich Street, 55th Floor
New York, New York 10007
T: (212) 453-3914
pferland@cozen.com
vpassarelli@cozen.com
*Attorneys for Defendant
Bankers Standard Insurance Company*

So Ordered.

s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 6/7/23